JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:    (702) 383-6000
Fax:    (702) 477-0088
E-mail: jsilvestri@pyattsilvestri.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BUCCA, an individual;<br>LILIAN BUCCA, an individual<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>ALLSTATE INDEMNITY INSURANCE, and<br>DOES I through XV, and ROE<br>CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:  2:14-cv-01903-APG-PAL |

### STIPULATION AND ORDER TO STRIKE INADVERTENTLY FILED DOCUMENT

IT IS HEREBY STIPULATED AND AGREED by and between Erick M. Ferran, Esq. of HITZKE & ASSOCIATES, Attorneys for Plaintiffs ANTHONY BUCCA and LILIAN BUCCA, and James P.C. Silvestri, Esq., and Rhiann S. Jarvis, Esq., of the law firm PYATT SILVESTRI, Attorneys for Defendant ALLSTATE INDEMNITY INSURANCE, that the pleading entitled Amended Answer to Plaintiff's Complaint, filed in this case as Document 27 by Rhiann S. Jarvis, Esq., be stricken from the record as such pleading was inadvertently filed.

Pursuant to F.R.C.P. 15(a)(2), Plaintiff did not agree to allowing the Amended Answer to the Complaint. Defendant mistakenly filed the Amended Answer without motioning the court for leave to file the amended answer pursuant to F.R.C.P. 15(a)(2).

The parties have agreed to strike the inadvertently filed Amended Answer to the

Complaint, so that a Motion for Leave to File an Amended Answer can be made by Defendant.

Respectfully submitted this 23rd day of April.

| HITZKE & ASSOCIATES | PYATT SILVESTRI |
|---|---|
| /s/ Erick M. Ferran<br>ERICK M. FERRAN, ESQ.<br>Nevada Bar No. 009554<br>2030 East Flamingo Road, Suite 115<br>Las Vegas, NV 89119<br>(702) 476-9668<br>Attorneys for Plaintiffs | /s/ Rhiann S. Jarvis<br>JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 003603<br>RHIANN S. JARVIS, ESQ<br>Nevada Bar No. 13509<br>PYATT SILVESTRI<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>(702) 383-6000<br>Attorneys for Defendant<br>ALLSTATE INDEMNITY INSURANCE |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 27, 2015.

The **STIPULATION AND ORDER TO STRIKE INADVERTENTLY FILED DOCUMENT** in 2:14-cv-01903-APG-PAL was respectfully submitted by:

PYATT SILVESTRI

/s/ Rhiann S. Jarvis
JAMES P.C. SILVESRTI, ESQ.
Nevada Bar No. 003603
RHIANN S. JARVIS, ESQ
Nevada Bar No. 13509
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Defendant
ALLSTATE INDEMNITY INSURANCE