JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:   (702) 383-6000
Fax:   (702) 477-0088
E-mail: jsilvestri@pyattsilvestri.com
rjarvis@pyattsilvestri.com
Attorneys for Allstate Indemnity Insurance

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY BUCCA, an individual;
LILIAN BUCCA, an individual

      Plaintiffs,

vs.

ALLSTATE INDEMNITY INSURANCE, and DOES I through XV, and ROE CORPORATIONS I through X, inclusive,

      Defendants.

CASE NO.: 2:14-cv-01903-APG-PAL

**STIPULATION AND ORDER TO TAKE SECOND DEPOSITION OF NELSON HOLDO**

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 30(a)(2)(A)(ii), by and between Erick M. Ferran, Esq. of HITZKE & ASSOCIATES, Attorneys for Plaintiffs ANTHONY BUCCA and LILIAN BUCCA, and James P.C. Silvestri, Esq., and Rhiann S. Jarvis, Esq., of the law firm PYATT SILVESTRI, Attorneys for Defendant ALLSTATE

...

...

...

...

...

1  INDEMNITY INSURANCE that a second deposition of Nelson Holdo be taken on August 27,
2  2015, or to a date amenable to the parties or deponent within the Court's Scheduling Order.
3    Respectfully submitted this 10th day of August, 2015.

4  HITZKE & ASSOCIATES                               PYATT SILVESTRI

/s/ Erick M. Ferran                                 /s/ Rhiann S. Jarvis
ERICK M. FERRAN, ESQ.                               JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 009554                               Nevada Bar No. 003603
2030 East Flamingo Road, Suite 115                  RHIANN S. JARVIS, ESQ
Las Vegas, NV 89119                                 Nevada Bar No. 13509
(702) 476-9668                                      PYATT SILVESTRI
Attorneys for Plaintiffs                            701 Bridger Avenue, Suite 600
ANTHONY and LILIAN BUCCA                            Las Vegas, Nevada 89101
                                                    (702) 383-6000
                                                    Attorneys for Defendant
                                                    ALLSTATE INDEMNITY INSURANCE


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 17, 2015


The **STIPULATION AND ORDER TO TAKE THE SECOND DEPOSITION OF NELSON HOLDO** in 2:14-cv-01903-APG-PAL was respectfully submitted by:

PYATT SILVESTRI

/s/ Rhiann S. Jarvis
JAMES P.C. SILVESRTI, ESQ.
Nevada Bar No. 003603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Defendant
ALLSTATE INDEMNITY INSURANCE