1  ERICK M. FERRAN, ESQ.
   Nevada State Bar No. 9554
2  HITZKE & ASSOCIATES
   2030 E. Flamingo Road, Suite 115
3  Las Vegas, NV 89119
   Telephone No.: (702) 476-9668
4  Facsimile No.: (702) 462-2646
   Attorney for Plaintiffs
5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8  ANTHONY BUCCA, an individual; LILIAN       Case No.:  2:14-cv-01903-APG-PAL
   BUCCA, an individual,
9

10                                            STIPULATION FOR EXTENSION OF
             Plaintiff,                       TIME FOR PLAINTIFFS TO FILE AN
11                                            OPPOSITION      TO     DEFENDANT'S
        vs.                                   MOTION TO DISMISS FOR FAILURE
12                                            TO  STATE  A  CLAIM  OR  IN  THE
   ALLSTATE INDEMNITY INSURANCE, and          ALTERNATIVE,     MOTION      FOR
13 DOES I though XV, and ROE                   SUMMARY JUDGMENT
   CORPORATIONS I though X, inclusive,
14
             Defendants.
15

16      STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN
   OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A
17      CLAIM OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

18                            (FIRST REQUEST)

19
        Plaintiff Anthony Bucca and Lilian Bucca, Defendant Allstate Indemnity Insurance hereby
20
   stipulate to an extension of time, until Thursday, September 17, 2015, for Plaintiffs to file their
21
   Opposition to Defendant's Motion to Dismiss for Failure to State a Claim or in the Alternative,
22
   Motion for Summary Judgment (Docket 40, Opposition Originally Due 09/10/2015). Plaintiffs'
23
   Opposition to Defendant's Motion is presently due on September 10, 2015. This is the first request for
24
   an extension with respect to the filing of this document, and is made in good-faith and not for the
25
   purpose of the delay.
26

27

28

**IT IS ORDERED** that, pursuant to the stipulation of the parties, the deadline for Plaintiffs' to file their Opposition to Defendant's Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for Summary Judgment (Docket #40) shall be extended until September 17, 2015. This is the first request for an extension with respect to these filings.

**Dated**: September 9, 2015

Respectfully Submitted,

_/s/ Rhiann Jarvis, Esq._
JAMES P.C SILVESTRI, ESQ.
Nevada State Bar No. 3603
RHIANN JARVIS, ESQ.
Nevada State Bar No. 13509
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, NV 89101
Telephone No.: (702) 363-6000
Facsimile No.: (702) 477-0088
jsilvestri@pyattsilvestri.com
Attorney for Defendant

_/s/ Erick M. Ferran, Esq._
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone No.: (702) 476-9668
Facsimile No.:  (702) 462-2646
ferranlawoffice@gmail.com
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**DATED:** September 14, 2015

_____
**UNITED STATES DISTRICT JUDGE**

2