ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone No.: (702) 476-9668
Facsimile No.: (702) 462-2646
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BUCCA, an individual; LILIAN BUCCA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY INSURANCE, and DOES I though XV, and ROE CORPORATIONS I though X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01903-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

### STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

### (SECOND REQUEST)

Plaintiff Anthony Bucca and Lilian Bucca, Defendant Allstate Indemnity Insurance hereby stipulate to an extension of time, until Monday, September 21, 2015, for Plaintiffs to file their Opposition to Defendant's Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for Summary Judgment (Docket 40, Opposition Originally Due 09/10/2015 and previously extended to 09/17/2015). Plaintiffs' Opposition in support of Defendant's Motion is presently due on September 17, 2015. This is the second request for an extension with respect to the filing of this document, and is made in good-faith and not for the purpose of the delay.  The parties recently conducted a second deposition of a witness who has provided important testimony, and Plaintiffs are

awaiting a copy of the transcript for discussion in their opposition to Defendant's motion.

**IT IS ORDERED** that, pursuant to the stipulation of the parties, the deadline for Plaintiffs' to file their Opposition to Defendant's Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for Summary Judgment (Docket #40) shall be extended until September 21, 2015. This is the second request for an extension with respect to these filings.

Dated: September 17, 2015

Respectfully Submitted,

/s/ Rhiann Jarvis, Esq.
JAMES P.C SILVESTRI, ESQ.
Nevada State Bar No. 3603
RHIANN JARVIS, ESQ.
Nevada State Bar No. 13509
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, NV 89101
Telephone No.: (702) 363-6000
Facsimile No.: (702) 477-0088
jsilvestri@pyattsilvestri.com
Attorney for Defendant

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone No.: (702) 476-9668
Facsimile No.: (702) 462-2646
ferranlawoffice@gmail.com
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: September 18, 2015.

_____
**UNITED STATES DISTRICT JUDGE**