# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BUCCA, LILIAN BUCCA,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY INSURANCE, and DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01903-APG-PAL<br><br>**ORDER**<br><br>(Dkt. #55) |

IT IS ORDERED that defendant Allstate Indemnity Insurance's unopposed motion to seal (Dkt. #55) is GRANTED. Exhibit AA (Dkt. #53) shall remain under seal.

DATED this 19th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE