ERICK M. FERRAN, ESQ.
Nevada Bar No.: 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 1115
Las Vegas, Nevada 89169
Telephone:  (702) 476-9668
Facsimile: (702) 462-2646
erick.ferran@hitzkelaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BUCCA, an individual; <br> LILIAN BUCCA, an individual <br><br>            Plaintiffs, <br>    vs. <br><br> ALLSTATE INDEMNITY INSURANCE, and <br> DOES I through XV, and ROE <br> CORPORATIONS I through X, inclusive, <br><br>            Defendants. | CASE NO.:  2:14-cv-01903-APG-PAL |

### **STIPULATION AND ORDER TO CONTINUE HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Erick M. Ferran, Esq. of HITZKE & ASSOCIATES, Attorneys for Plaintiffs ANTHONY BUCCA and LILIAN BUCCA, and James P.C. Silvestri, Esq., and Rhiann S. Jarvis, Esq., of the law firm PYATT SILVESTRI, Attorneys for Defendant ALLSTATE INDEMNITY INSURANCE (hereinafter "Allstate") that Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment presently scheduled for August 16, 2016 at 2:00 p.m., before the Honorable Andrew P. Gordon, in LV Courtroom 6C be continued and heard on August 31, 2016, at 10:00 a.m.

. . .

. . .

. . .

1

| | |
|---|---|
| HITZKE & ASSOCIATES | PYATT SILVESTRI |
| /s/ Erick M. Ferran         08/11/2016<br>ERICK M. FERRAN, ESQ.         Dated<br>Nevada Bar No. 009554<br>2030 East Flamingo Road, Suite 115<br>Las Vegas, NV  89119<br>(702) 476-9668<br>Attorneys for Plaintiffs<br>ANTHONY and LILIAN BUCCA | /s/ James P.C. Silvestri         08/11/2016<br>JAMES P.C. SILVESTRI, ESQ.     Dated<br>Nevada Bar No. 003603<br>RHIANN S. JARVIS, ESQ<br>Nevada Bar No. 13509<br>PYATT SILVESTRI<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada  89101<br>(702) 383-6000<br>Attorneys for Defendant<br>ALLSTATE INDEMNITY INSURANCE |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:  August 11, 2016

Respectfully Submitted by:

HITZKE & ASSOCIATES

/s/ Erick M. Ferran         08/11/2016
ERICK M. FERRAN, ESQ.
Nevada Bar No.: 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 1115
 Las Vegas, Nevada 89169
Telephone:  (702) 476-9668
Facsimile: (702) 462-2646
erick.ferran@hitzkelaw.com
*Attorneys for Plaintiff*

Bucca, et al.  vs. Allstate Indemnity Insurance
Case No. 2:14-cv-01903-APG-PAL
Stipulation and Order to Continue Hearing

2