ERICK M. FERRAN, ESQ**.**
Nevada State Bar No. 9554
**HITZKE & ASSOCIATES**
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89110
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*Erick.ferran@hitzkelaw.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANTHONY BUCCA, an individual; LILIAN BUCCA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY INSURANCE, and DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01903-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CALENDAR CALL AND TRIAL DATE** |

IT IS HEREBY STIPULATED AND AGREED, if the Court approves, by and between Erick M. Ferran, Esq. of HITZKE & ASSOCIATES, Attorneys for Plaintiffs ANTHONY BUCCA and LILIAN BUCCA, and James P.C. Silvestri, Esq., and Jonathan L. Powell, Esq., of the law firm PYATT SILVESTRI, Attorneys for Defendant ALLSTATE INDEMNITY INSURANCE (hereinafter "Allstate"), that the calendar call scheduled for January 5, 2018, and the January 8, 2018, trial date be continued. The continuance is being sought at the joint request of the parties, who have reached a tentative resolution of this matter. It is respectfully requested that a status check be set for approximately sixty (60) days from the date of the current calendar regarding settlement/settlement documents.

**IT IS SO STIPULATED.**

DATED this 4th day of January 2018

HITZKE & ASSOCIATES

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Attorney for Plaintiffs

DATED this 4 day of January 2018

PYATT SILVESTRI

/s/ Jonathan L. Powell, Esq.
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JONATHAN L. POWELL, ESQ.
Nevada Bar No. 9153
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant(s)

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 4, 2018

DATED this 4th day of January 2018

HITZKE & ASSOCIATES

/s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Attorney for Plaintiffs

Bucca, et al. vs. Allstate Indemnity Insurance
Case No. 2:14-cv-01903-APG-PAL
Stipulation And [Proposed] Order To Continue Calendar Call and Trial Date