JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JONATHAN POWELL, ESQ.
Nevada Bar No. 9153
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:   (702) 383-6000
Fax:   (702) 477-0088
jsilvestri@pyattsilvestri.com
jpowell@pyattsilvestri.com

Attorneys for Allstate Indemnity Insurance

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BUCCA, an individual;<br>LILIAN BUCCA, an individual<br><br>            Plaintiffs,<br>     vs.<br><br>ALLSTATE INDEMNITY INSURANCE, and<br>DOES I through XV, and ROE<br>CORPORATIONS I through X, inclusive,<br><br>            Defendants. | CASE NO.: 2:14-cv-01903-APG-PAL |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

in its entirety, with prejudice, each party to bear their own fees, costs, and interests.

The parties further stipulate that the security bonds in the amounts of $500.00 per Plaintiff, totaling $1,000.00, Ordered by the Court (Docket #15) and posted on or about January 14, 2015 (Docket #'s 16, 17, and 18) are hereby ordered released and returned to the law firm of Hitzke & Associates, who posted said bonds.

DATED this 14th day of March, 2018

HITZKE & ASSOCIATES

/s/ *Erick M. Ferran, Esq.*
ERICK M. FERRAN, ESQ.
Nevada Bar No. 009554
2030 East Flamingo Road, Suite 115
Las Vegas, NV  89119
Attorneys for Plaintiffs
ANTHONY and LILIAN BUCCA

DATED this 14th day of March, 2018.

PYATT SILVESTRI

/s/ *Jonathan Powell, Esq.*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JONATHAN POWELL, ESQ.
Nevada Bar No. 9153
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant
ALLSTATE INDEMNITY INSURANCE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each party to bear its own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the security bonds in the amounts of $500.00 per Plaintiff, totaling $1,000.00, Ordered by the Court (Docket #15) and posted on or about January 14, 2015 (Docket #'s 16, 17, and 18) are hereby ordered released and returned to the law firm of Hitzke & Associates, who posted said bonds.

DATED this ____ day of _____, 2018.

_____
U. S. DISTRICT COURT JUDGE

Submitted by:

PYATT SILVESTRI

/s/ *Jonathan Powell, Esq.*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JONATHAN POWELL, ESQ.
Nevada Bar No. 9153
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant
ALLSTATE INDEMNITY INSURANCE